UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY LEE THOMAS, | ) | CASE NO. CV 12-8843-CAS (PJW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND |
| | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) | AND RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE, AND |
| A.M. GONZALES, WARDEN, | ) | DENYING CERTIFICATE OF |
| | ) | APPEALABILITY |
| Respondent. | ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and therefore, a certificate of appealability is denied. *See* 28 U.S.C.

§ 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED:     January 13, 2014.

_Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Thomas.Ord.wpd