UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE THOMAS,<br><br>              Petitioner,<br><br>     v.<br><br>A.M. GONZALES, WARDEN,<br><br>              Respondent. | CASE NO. CV 12-8843-CAS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    January 13, 2014.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Thomas.Jmt.wpd